# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Western Express, Inc.<br>P.O. Box 935315<br>Atlanta, GA 31193-5315 | Christmas Tree Shops LLC | 2/6/2023 | $35,962.86 | Services |
| Western Express, Inc.<br>P.O. Box 935315<br>Atlanta, GA 31193-5315 | Christmas Tree Shops LLC | 3/3/2023 | $41,337.34 | Services |
| Western Express, Inc.<br>P.O. Box 935315<br>Atlanta, GA 31193-5315 | Christmas Tree Shops LLC | 3/10/2023 | $41,042.65 | Services |
| Western Express, Inc.<br>P.O. Box 935315<br>Atlanta, GA 31193-5315 | Christmas Tree Shops LLC | 3/17/2023 | $52,864.50 | Services |
| Western Express, Inc.<br>P.O. Box 935315<br>Atlanta, GA 31193-5315 | Christmas Tree Shops LLC | 4/7/2023 | $16,222.49 | Services |
| Western Express, Inc.<br>P.O. Box 935315<br>Atlanta, GA 31193-5315 | Christmas Tree Shops LLC | 4/14/2023 | $42,050.65 | Services |
| | | | $229,480.49 | |