# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                              Bankruptcy Case No.: 23−10576−TMH
Christmas Tree Shops, LLC
    Debtor                           Bankruptcy Chapter:  7
_____

George L. Miller

    Plaintiff                        Adv. Proc. No.:  25−50883−TMH

    vs.

Western Express, Inc.

    Defendant(s)

### JUDGMENT BY DEFAULT

On 11/13/25, default was entered against defendant(s) Western Express, Inc.. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Western Express, Inc. in the amount of $229,480.49 plus court filing costs in the amount of $350.00 .

Date: 11/21/25

Stephen L Grant, Clerk of Court

(VAN−433b)

United States Bankruptcy Court

District of Delaware

Miller,

     Plaintiff

Adv. Proc. No. 25-50883-TMH

Western Express, Inc.,

     Defendant

## CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: van433b | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 21 2025 20:19:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 21 2025 20:19:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| pla | + Email/Text: gmiller@mctllp.com | Nov 21 2025 20:19:00 | George L. Miller, 1628 John F. Kennedy Boulevard, Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025        Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford J. Sandler | |

District/off: 0311-1

Date Rcvd: Nov 21, 2025

User: admin

Form ID: van433b

Page 2 of 2

Total Noticed: 3

on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com  abates@pszjlaw.com

Peter J Keane

on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com

TOTAL: 2

District/off: 0311-1

Date Rcvd: Nov 21, 2025

User: admin

Form ID: van433b

Page 2 of 2

Total Noticed: 3

on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com  abates@pszjlaw.com

Peter J Keane

on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com

TOTAL: 2